UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLSTATE INSURANCE
COMPANY, et al.,

Case No. 2:18-cv-10193

Plaintiffs,

HONORABLE STEPHEN J. MURPHY, III

v.

ORTHOPEDIC, P.C., et al.,

Defendants.
_____/

**ORDER TRANSFERRING MOTION [149]
TO THE SOUTHERN DISTRICT OF INDIANA**

Plaintiff Allstate Insurance Company served a non-party subpoena on JPMorgan Chase Bank that requested documents related to accounts controlled by non-party Jiab Suleiman. ECF 149, PgID 4133–34. Mr. Suleiman then moved to quash the subpoena under Federal Rule of Civil Procedure 45(d)(3)(A). *Id.* at 4136–37. But the Court must transfer the motion to quash to the Southern District of Indiana.

The subpoena seeks the production of documents from JPMorgan Chase Bank. ECF 149-1, PgID 4158. And the subpoena specifically requires compliance in Indianapolis, Indiana. *Id.* ("[P]hysically produce to: Allstate Insurance Company, 5757 Decatur Blvd., Suite 260, Indianapolis, IN 46241.") Indianapolis is in Marion County, which is within the Southern District of Indiana's jurisdiction. 28 U.S.C. § 94(b)(1). Because Rule 45(d)(3)(A) allows only the district court "where compliance is required [to] quash or modify a subpoena," the Court lacks jurisdiction to decide

1

Suleiman's motion. *See Howard Univ. v. Borders*, No. 2:20-mc-51282, 2021 WL 1614395, at *2 (E.D. Mich. Apr. 26, 2021) (Murphy, J.). The Southern District of Indiana, instead, is the proper court to decide the motion. *See* Fed. R. Civ. Pro. 45(d)(3)(A); 28 U.S.C. § 94(b)(1). Thus, the Court will order the Clerk of the Court to transfer the motion to quash, ECF 149, and its accompanying filings, ECF 151; 154; 155, to the Southern District of Indiana.

**WHEREFORE**, it is hereby **ORDERED** that the Clerk of the Court must **TRANSFER** the motion to quash [149] and its accompanying filings [151, 154, 155] to the Southern District of Indiana.

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: February 25, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 25, 2022, by electronic and/or ordinary mail.

s/ David P. Parker
Case Manager

2